1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MUTUAL TRADING CO., INC., a California corporation,<br>12                  Plaintiff,<br>13  v.<br>14  ASAHISHUZO KABUSHIKI KAISHA, aka ASAHISHUZO CO.,<br>15  LTD., a Japanese corporation,<br>                Defendant.<br>16 | CASE NO. 2:19-cv-05566 PA(GJSx)<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

17
18       Defendant Asahishuzo Kabushiki Kaisha, aka Asahishuzo Co., Ltd.
19 ("Defendant") has filed with the Court an Application To File Documents Under
20 Seal (the "Application"). As set forth in the Application, Defendant has lodged the
21 following documents with this Court in support of its response to the Court's Order
22 to Show Cause:
23       1. Declaration of Kazuhiro Sakurai; and
24       2. Exhibit 1 to the Declaration of Kazuhiro Sakurai.
25     The Application is made on the basis that select portions of Mr. Sakurai's
26 declaration and Exhibit 1 detail confidential financial information reflecting
27 Defendant's sales.
28     Having reviewed the Application and attached documents, the Court finds

good cause for the Application. The Court further finds Defendant's Application is narrowly tailored to seal only portions of the document for which good cause to seal has been established.

Accordingly, **FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDRED AS FOLLOWS**:

1. The statements in the Declaration of Kazuhiro Sakurai reflecting sales figures shall be filed under seal, and
2. Exhibit 1 to the Declaration of Kazuhiro Sakurai.

**IT IS SO ORDERED.**

DATED: July 19, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE